858 A.2d 1133

NEW YORK SMSA LIMITED PARTNERSHIP D/B/A BELL ATLAN-
TIC MOBILE (NOW VERIZON WIRELESS); SMART SMR OF
NEW YORK, INC., D/B/A NEXTEL COMMUNICATIONS, (NOW
NEXTEL COMMUNICATIONS, INC.); SPRINT SPECTRUM
L.P.; AND OMNIPOINT COMMUNICATIONS, INC. (NOW A
WHOLLY OWNED SUBSIDIARY OF VOICESTREAM WIRE-
LESS), PLAINTIFFS–RESPONDENTS, v. TOWNSHIP OF

MENDHAM ZONING BOARD OF ADJUSTMENT, DEFEN-
DANT–APPELLANT, AND THE MAYOR AND COUNCIL OF
THE TOWNSHIP OF MENDHAM AND THE TOWNSHIP OF
MENDHAM, DEFENDANTS, AND FRANCIS WOOD AND
DAVID HINCKLEY, DEFENDANTS–INTERVENORS–APPEL-
LANTS.

Argued October 13, 2004—Decided October 27, 2004.

*Barry H. Evenchick,* argued the cause for intervenors-appel-
lants (*Walder, Hayden & Brogan,* attorneys).

*John M. Mills, III,* argued the cause for appellant (*Mills &
Mills,* attorneys).

*Gregory J. Czura,* argued the cause for respondents (*Czura
Stilwell,* attorneys; *Mr. Czura* and *Kenneth J. Wilbur,* on the
briefs).

PER CURIAM.

The judgment is affirmed substantially for the reasons ex-
pressed in Judge Parker's opinion of the Appellate Division,
reported at 366 *N.J.Super.* 141, 840 *A.*2d 901 (2004).

Chief Justice PORITZ and Justices LONG, LaVECCHIA,
ALBIN, WALLACE, and RIVERA–SOTO join in this opinion.

*For affirmance*—Chief Justice PORITZ and Justices LONG,
LaVECCHIA, ALBIN, WALLACE, and RIVERA–SOTO—6.

*Opposed*—None.